MDL 1957

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 17, 2008

FILED
CLERK'S OFFICE

IN RE: AFTERMARKET FILTERS ANTITRUST
LITIGATION

MDL No. 1957

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On August 18, 2008, the Panel transferred 21 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Robert W. Gettleman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 18, 2008, and, with the consent of that court, assigned to the Honorable Robert W. Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

PLEADING NO. 73

IMAGED SEP 1 8 2008
OFFICIAL FILE COPY

IN RE: AFTERMARKET FILTERS ANTITRUST
LITIGATION                                                          MDL No. 1957

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A. #**          **CASE CAPTION**

CALIFORNIA SOUTHERN
CAS    3    08-1345         Sepher Torabi, etc. v. Champion Laboratories, Inc., et al.

CONNECTICUT
CT     3    08-988          JDL Corp., etc. v. Champion Laboratories, Inc., et al.
CT     3    08-1119         Scott Friedson, et al. v. Champion Laboratories, Inc., et al.