UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**Mar 26, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AFTERMARKET AUTOMOTIVE FILTERS
ANTITRUST LITIGATION
    Loodvik Peerali, et al. v. Champion Laboratories, Inc., et al., )
        C.D. California, C.A. No. 2:09-1560                  )        MDL No. 1957

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On August 18, 2008, the Panel transferred 21 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 572 F.Supp.2d 1373 (J.P.M.L. 2008). Since that time, 23 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Robert W. Gettleman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 18, 2008, and, with the consent of that court, assigned to the Honorable Robert W. Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel